GENET v. HIRSCHBERG.

(City Court of New York, General Term. July 11, 1900.)

DISCOVERY—BOOKS OF ACCOUNT—INSPECTION—PREPARATION FOR TRIAL.
A plaintiff is entitled to inspect and copy a defendant's books of account to enable him to prepare for trial, when necessary and material to establish his cause of action.

Appeal from special term.

Action for commissions by William W. Genet against Henry Hirschberg. From an order allowing an inspection of defendant's books of account, he appeals. Affirmed.

Argued before SCHUCHMAN and HASCALL, JJ.

McKelvey & Mattocks, for appellant.

Alfred R. Genet, for respondent.

SCHUCHMAN, J. The object of the inspection is to enable plaintiff to prepare for the trial of the action. Dickie v. Austin, 4 Civ. Proc. R. 123. The allegations of the petition are admitted. The inspection of defendant's books is necessary and material to enable plaintiff to establish his cause of action.

Order appealed from affirmed, with costs and disbursements.

HASCALL, J., concurs.